BEFORE THE SECOND DIVISION, OCTOBER 6, 1939

**No. 42303.**—Protests 100916–G, etc., of Joseph G. Brenner Co. et al. (New York).

Opinion by Tilson, J. It was stipulated that certain items consist of Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551) and that other items consist of embroidered insertings like those passed upon in *United States* v. *Field* (T. D. 38550). The claim at 75 percent under paragraph 1430 was therefore sustained.